IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGE VIDA,

        Plaintiff,

        v.

SAMUEL CARPENTER,

        Defendant.

No. 3:17-cv-0486-AC

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge John Acosta issued a Findings and Recommendation [4] on March 30, 2017, in which he recommends dismissing Plaintiff's Complaint without prejudice.

Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 – ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [4]. Accordingly, Plaintiff's Complaint [1] is dismissed without prejudice and the Court grants Plaintiff leave to amend. Any amended complaint is due within fourteen days of the date of this Order.

IT IS SO ORDERED.

DATED this 15 day of June, 2017.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge